UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**VELMA TOWNSEND,**

    Plaintiff-Appellant

v.                                                                                   Record No. 13-2380

**FEDERAL NATIONAL MORTGAGE ASSOCIATION,**
a/k/a Fannie Mae; **SAMUEL I. WHITE, P.C.,**
**WELLS FARGO BANK, N.A,**

    Defendants-Appellees.

**MOTION FOR DISMISSAL OF CASE WITH PREJUDICE**

    Now comes Velma Townsend ("Townsend"), by counsel, and asks this Court to dismiss with prejudice the appeal in this case.

    In support of this motion, Townsend, by counsel, sets forth that the parties, with the help of the mediator's office, have reached a final settlement as to this appeal. Counsel for Townsend has contacted appellee counsel who does not object to this motion. Dismissal of this case with prejudice cannot prejudice any appellee.

    On grounds this case has been finally settled, Townsend prays that the Court dismiss this appeal with prejudice.

    Date: December 29, 2014.

                                                  Respectfully submitted,

                                                  **VELMA TOWNSEND,**
                                                  By/s/ Henry W. McLaughlin
                                                  Henry W. McLaughlin (VSB No. 07105)

        The Law Office of Henry McLaughlin, P.C.
707 East Main Street, Suite 1050
Richmond, Virginia 23219
(804) 205-9020; fax (877) 575-0245
Email: henry@mclaughlinvalaw.com
*Counsel for Velma Townsend*

## CERTIFICATE

I, Henry W. McLaughlin, counsel for Velma Townsend, certify that on December 29, 2014, the foregoing will be filed electronically with the ECF filing system of the U.S. Court of Appeals for the Fourth Circuit, which will electronically notify the following of the same:

    Terry Catherine Frank, Esquire
Kaufman & Canoles, PC
1021 E. Cary Street, Suite 1400
Two James Center
P. O. Box 27828
Richmond, Virginia 23219
Email:  tcfrank@kaufcan.com

        /s/ Henry W. McLaughlin
        Counsel

Henry W. McLaughlin (VSB No. 07105)
The Law Office of Henry McLaughlin, P.C.
707 East Main Street, Suite 1050
Richmond, Virginia 23219
(804) 205-9020; fax (877) 575-0245
Email: henry@mclaughlinvalaw.com
*Counsel for Velma Townsend*